**Paul D. ATWOOD, Plaintiff–Appellant,**

v.

**COMMISSIONER, SOCIAL SECURITY, Defendant–Appellee.**

**No. 13–2245.**

United States Court of Appeals, Fourth Circuit.

Submitted: March 28, 2014.

Decided: April 1, 2014.

Paul D. Atwood, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland; Craig Ormson, Social Security Administration, Baltimore, Maryland, for Appellee.

**26**

Before WILKINSON, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul D. Atwood appeals the magistrate judge's order * upholding the Commissioner's denial of Atwood's application for disability insurance benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Atwood v. Comm'r*, No. 1:11–cv–01742, 2013 WL 4501246 (D.Md. Aug. 21, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

---

* The parties consented to the jurisdiction of the    magistrate judge.